The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Kathy Pritchard*
   *v. Jill Ruderman*
   Record No. 0024-22-2
   Opinion rendered by Chief Judge Decker
     on December 20, 2022
   Refused (230045)

2. *Aleksey Gennadiyev Yemel'Yanov*
   v. *Commonwealth of Virginia*
   Record No. 0450-22-2
   Opinion rendered by Judge Beales
     on January 10, 2023
   Refused (230103)

3. *Daniel Rock*
   v. *Commonwealth of Virginia*
   Record No. 0343-22-3
   Opinion rendered by Judge Huff
     on January 24, 2023
   Refused (230142)